JAMES McGUIRE, Appellant, *v.* ELIZA G. BOARD, Respondent.

*McGuire v. Board*, 58 App. Div. 388, affirmed.
(Argued May 27, 1902; decided June 10, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 20, 1901, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term.

*M. P. O' Connor* and *J. Brownson Ker* for appellant.

*Western W. Wager* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, HAIGHT, MARTIN, VANN, CULLEN and WERNER, JJ.

---

CHARLES E. PELL, as Surviving Partner of the Firm of DANNAT & PELL, Respondent, *v.* NORMAN J. FULLER, Appellant.

*Pell v. Fuller*, 57 App. Div. 635, affirmed.
(Argued May 27, 1902; decided June 10, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 17, 1901, affirming a judgment in favor of plaintiff entered upon the report of a referee.

*Watson M. Rogers* and *A. E. Kilby* for appellant.

*Henry W. Bentley* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, HAIGHT, MARTIN, VANN, CULLEN and WERNER, JJ.